UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PHYLLIS COLEMAN,

                  Plaintiff,              **ORDER**
                                              CV 12-3509 (DRH)(ARL)

       -against-

COUNTY OF SUFFOLK, et al.,

                 Defendants.
-------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

Before the court is plaintiff's letter application dated June 26, 2013, seeking to compel the County defendants to respond to Plaintiff's First Set of Interrogatories and Requests for Documents. Specifically, plaintiff seeks (i) documentation responsive to Interrogatory Numbers 2, 4, 5, 8-12, 15-19, and 21; (ii) supplemental documentation responsive to Interrogatory Numbers 1, 3, 6, 7, 14 and 20 with bate numbering identification; and (iii) documentation responsive to Document Request Numbers 2-7, 12-16, 18 and 20-25. Plaintiff served the requests on the County Defendants on November 26, 2012 and to date defendants have not provided a formal response to the foregoing discovery requests, despite repeated communications with defense counsel. The County Defendants have not submitted a response in opposition to this application.

Plaintiff's motion to compel is granted. On or before July 31, 2013, the County Defendants shall respond to all outstanding discovery and shall clearly identify in each submission, the specific Interrogatory or Document Request it responds to with bates number identification. Plaintiff's request to deem the County Defendants' objections waived is denied at this time. However, the County Defendant's failure to comply with this order may result in the imposition of sanctions. The deadline for completion of all discovery is extended to August 30, 2013. The deadline to commence dispositve motion practice is extended to September 13, 2013. The final conference scheduled for September 5, 2013 is adjourned to September 26, 2013 at 11:30 a.m. The parties are directed to electronically file a proposed joint pretrial order prior to the final conference.

Dated:  Central Islip, New York               **SO ORDERED:**
        July 9, 2013

                                        _____/s_____
                                        ARLENE R. LINDSAY
                                        United States Magistrate Judge