UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:** **ARLENE R. LINDSAY**  **DATE: 8/20/2013**
**United States Magistrate Judge**
**TIME: 2:00 p.m.**

**DOCKET NO: CV 12-3509 (DRH)**

**CASE: Coleman v. County of Suffolk**

\_\_\_   INITIAL CONFERENCE
\_\_\_   STATUS CONFERENCE                              BY TELEPHONE\_\_
\_\_\_   SETTLEMENT CONFERENCE
**X**   FINAL CONFERENCE  ORDER

**APPEARANCES:**   **FOR PLAINTIFF:**   **FOR DEFENDANT:**

Frederick K. Brewington   Brian C. Mitchell

**The following rulings were made:**

The parties are to consult upon the terms of a confidentiality order with a view towards disclosing the internal affairs reports in this case by Friday August 30, 2013.

**SO ORDERED:**

_____/s/_____