UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

PHYLLIS COLEMAN, individually and as Administratrix of the Estate of SANTIA N. WILLIAMS,

        Plaintiffs,

v.

COUNTY OF SUFFOLK, SUFFOLK COUNTY POLICE DEPARTMENT, SUFFOLK COUNTY SHERIFFS DEPARTMENT, Police Officers, Deputy Sheriffs, and/or Detectives JOHN and JANE DOES 1-10, Police Officer CHRISTOPHER VERWYS, Police Officer JASON MORGE, Police Officer JOHN BRUNKARD, Police Officer MIGUEL VIAS, Police Officer CORINNE TORRES, police officer JOHN MCAULEY, Police Officer JOHN MECURIO, Police Officer NICHOLAS ASPROMGOS, Police Officer JAMES O'CALLAGHAN, Police Officer SAMMY SALEH, Police Officer GREGORY POULETSOS, Police Officer LUIS RUIZ, Police Officer VALENTIN ROSADO, Police Officer FRANK ORTIZ, Police Sergeant CHRISTOPHER LOVE.

        Defendants.

Case No. 12-cv-3509 (DRH)

---

**NOTICE OF MOTION BY PRESS INTERVENORS
TO INTERVENE AND UNSEAL THE RECORD**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, and upon all prior records and proceedings herein, Movants- Intervenors Newsday LLC and News 12 Company (d/b/a/ News 12 Long Island) (together, the "Press Intervenors"), by and through their undersigned counsel, respectfully move to intervene for the limited purposes of (1) challenging the Court's November 12, 2014 order, sealing Plaintiff's opposition to Defendant's motion for a

pre-motion conference (Docket No. 49); (2) opposing Defendant's application to seal or redact Plaintiff's opposition to defendants' motion for summary judgment (Docket No. 57); (3) unsealing any additional sealed judicial records or docket entries in this litigation; and (4) obtaining such other and further relief as may be just, proper, and equitable.

Dated:   April 2, 2015

                Respectfully submitted,

                LEVINE SULLIVAN KOCH & SCHULZ, LLP

                By:   /s/ David A. Schulz
                      David A. Schulz
                      Dana R. Green
                321 West 44th Street, Suite 1000
                New York, NY 10036
                (212) 850-6100

                *Attorneys for Newsday LLC and News 12 Company*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this  2nd  day of April, 2015, a true and correct copy of the foregoing **NOTICE OF MOTION BY PRESS INTERVENORS TO INTERVENE AND UNSEAL THE RECORD** was filed with the Court through the ECF system, which generates an electronic notice of service by email delivery to the following counsel of record:

    **Frederick K. Brewington**
    Law Offices of Frederick K. Brewington
    556 Peninsula Boulevard
    Hempstead, NY 11550
    516-489-6959
    Fax: 516-489-6958
    Email: fred@brewingtonlaw.com

    **Stephanie Michelle Platt**
    Law Offices of Frederick K. Brewington
    556 Peninsula Boulevard
    Hempstead, NY 11550
    516-489-6959
    Fax: 516-489-6958
    Email: stephanie.platt@brewingtonlaw.com

    **Brian C. Mitchell**
    Suffolk County Dept. of Law-County Attorney
    100 Veterans Memorial Highway
    P.O. Box 6100
    Hauppauge, NY 11788
    631-853-4055
    Fax: 631-853-5833
    Email: brian.mitchell@suffolkcountyny.gov

*Counsel for Newsday LLC and News 12 Company*


           */s/ David A. Schulz*