UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

PHYLLIS COLEMAN, individually and as Administratrix of the Estate of SANTIA N. WILLIAMS,

     Plaintiffs,

 v.

COUNTY OF SUFFOLK, et al.

     Defendants.

Case No. 12-cv-3509 (DRH)

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Newsday LLC and News 12 Company (d/b/a/ News 12 Long Island) certifies that: Newsday LLC is a 97.2%-owned subsidiary of Cablevision Systems Corporation, a publicly traded company, and News 12 Company is a wholly-owned subsidiary of Cablevision Systems Corporation. The following publicly held corporation owns 10% or more of Cablevision Systems Corporation's stock: The Vanguard Group, T. Rowe Price Associates, Inc., and ClearBridge Investments LLC (a wholly subsidiary of Legg Mason, Inc.).

Dated: April 2, 2015
New York City, New York

    Respectfully submitted,

    LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

    By: s/ David A. Schulz
      David A. Schulz
      Dana Green
    321 West 44th Street, Suite 1000
    New York, NY 10036
    (212) 850-6100

    *Attorneys for Newsday LLC and News 12 Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 2, 2015, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon all counsel of record.

      By: s/ David A. Schulz  
      David A. Schulz