**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
PHYLLIS COLEMAN, Individually and as the
Administratrix of the Estate of Santia N. Williams,

                       Plaintiff,

     - against -


COUNTY OF SUFFOLK, SUFFOLK
COUNTY POLICE DEPARTMENT,
SUFFOLK COUNTY SHERIFFS
DEPARTMENT, and Police Officers, Deputy
Sheriffs, and/or Detectives JOHN AND JANE
DOES 1-10, CHRISTOPHER VERWYS,
badge #5459, in his individual and official
capacities, JASON MORGE, badge ID #1729,
in his individual and official capacities, JOHN
BRUNKARD, badge #5692, in his individual
and official capacities, CORRINE TORRES,
badge ID #509, in her individual and official
capacities, MIGUEL VIAS, badge #5671, in
his individual and official capacities, JOHN
MCAULEY, badge #5534, in his individual
and official capacities, JOHN MECURIO,
badge #5414, in his individual and official
capacities, NICHOLAS ASPROMGOS, badge
ID # 5683, in his individual and official
capacities, JAMES O'CALLAGHAN, badge
#1523, in his individual and official capacities,
SAMMY SALEH, badge #5657, in his
individual and official capacities, GREGORY
POULETSOS, badge #549, in his individual
and official capacities, LUIS RUIZ, badge
#5804, in his individual and official capacities,
VALENTIN ROSADO, badge #5801, in his
individual and official capacities, FRANK
ORTIZ, badge #5550, and SERGEANT
CHRISTOPHER LOVE, in his individual and
official capacities.

                       Defendants.
------------------------------------------------------------X

**JUDGMENT**
CV 12-3509 (DRH)(SIL)


       An Order of Honorable Denis R. Hurley, United States District Judge, having been filed

on April 7, 2016, granting defendants' motion for summary judgment, and directing the Clerk

of Court to close this case, it is

**ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that

defendants' motion for summary judgment is granted, and that this case is hereby closed.


Dated:	Central Islip, New York
	April 7, 2016


								DOUGLAS C. PALMER
								CLERK OF THE COURT

					By:	/s/ James J. Toritto
							Deputy Clerk